MARK K. SCHONFELD (MS-2798)
Regional Director
Attorney for Plaintiff
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.: 212-336-0106 (Kaufman)
Fax: 212-336-1319 (Kaufman)
E-mail: kaufmanja@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

-against-

JOSHUA S. SHAINBERG and
LARYSSA SHAINBERG

      Defendants.

---

**NOTICE OF APPEARANCE**
07 Civ. 8814 (LLS)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the United States Securities and Exchange Commission.

    I certify that I am admitted to practice before this Court.

                                                  */s/* Jack A. Kaufman (JK-3050)

Dated: October 18, 2007
New York, New York

## CERTIFICATE OF SERVICE

I certify that I served the accompanying Notice of Appearance by causing a copy of this Notice to be mailed on this 18th day of October, 2007 to:

Joshua S. Shainberg
385 Grand Street
Apartment L-806
New York, New York 10002

Laryssa Shainberg
385 Grand Street
Apartment L-806
New York, New York 10002

Charles Witherwax, Esq.
181 Riverview Walk
Cohoes, New York 12047
    Attorney for Joshua S. Shainberg

Roger L. Fidler, Esq.
255 Franklin Avenue
Midland Park, New Jersey 07432
    Attorney for Laryssa Shainberg

                        Bohdan S. Ozaruk (BSO-4502)
                        Attorney for Plaintiff
                        Securities and Exchange Commission
                        New York Regional Office
                        3 World Financial Center, Room 400
                        New York, New York 10281-1022
                        Tel.: 212-336-0144
                        Fax: 212-336-1324
                        E-mail: ozarukb@sec.gov