ORIGINAL

11/05/2007 MON 12:05 FAX 212 336 1350    US SECURITIES & COMM                                     ☒002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

MARK K. SCHONFELD (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.: 212-336-0084 (Graubard)
e-mail: graubardj@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

 - against -

JOSHUA S. SHAINBERG and
LARYSSA SHAINBERG,

    Defendants.

No. 07 Civ. 8814 (LLS)

**STIPULATION
RE MOTION FOR
ATTACHMENT**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, and subject to the approval of the Court, as follows:

1. **Time to Respond to Complaint**

The time for the defendants Joshua S. Shainberg and Laryssa Shainberg to respond to the Complaint of the plaintiff Securities and Exchange Commission (the "Commission") is hereby extended to and including Friday, November 16, 2007.

2. **Filing and Service of Opposition Papers on Motion for Attachment**

The time for the defendants Joshua S. Shainberg and Laryssa Shainberg to file and serve opposition papers to the Commission's Motion for Attachment pursuant to Fed. R. Civ. P. 64 and CPLR Article 62 is hereby extended to and including Friday, November 16, 2007.

11/05/2007 MON 12:05 FAX 212 336 1350         US SECURITIES & COMM                    ☒003

3.  **Filing and Service of Reply Papers on Motion for Attachment**

The time for the Commission to file and serve reply papers on the Commission's Motion for Attachment pursuant to Fed. R. Civ. P. 64 and CPLR Article 62 is hereby extended to and including Friday, November 30, 2007.

4.  **Limited Discovery**

In connection with the Commission's Motion for Attachment pursuant to Fed. R. Civ. P. 64 and CPLR Article 62, the Commission may take the depositions of the defendants Joshua S. Shainberg and Laryssa Shainberg. Such depositions shall be limited in scope to the facts and circumstances relating to the pre-nuptial agreement dated January 1, 1997. These depositions shall be in addition to any limitations as to the number of depositions or the time limits on depositions imposed by the Federal Rules of Civil Procedure or the local rules of the United States District Court for the Southern District of New York.

The deposition of the defendant Laryssa Shainberg shall be conducted at the offices of the Commission, 3 World Financial Center, Room 400, New York, New York 10281, at 10:00 a.m. on Tuesday, November 20, 2007.

The deposition of the defendant Joshua S. Shainberg shall be conducted at the offices of the Commission, 3 World Financial Center, Room 400, New York, New York 10281, at 2:00 p.m. on Tuesday, November 20, 2007.

5.  **Motions Under the Federal Debt Collection Procedure Act**

Any motion made by the defendants Joshua S. Shainberg or Laryssa Shainberg with respect to the Writ of Attachment issued under the Federal Debt Collection Procedure Act shall,

LLS

*and if oral argument is allowed,* if practicable, be heard by the Court at the same time that it hears the Commission's Motion for Attachment pursuant to Fed. R. Civ. P. 64 and CPLR Article 62.

6. **Execution of Stipulation**

This Stipulation may be executed in counterparts, and then filed as a single document. Such execution shall be effective to the same extent that all parties signed the same document.

Dated:   New York, New York
         October 25, 2007
         *November 14*

MARK SCHONFELD (MS-2798)
Regional Director

By: _____
JOHN J. GRAUBARD (JG-4854)
Attorney for Plaintiff, SECURITIES
AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.:  212-336-0084 (Graubard)
Fax:   212-336-1319
e-mail: graubardj@sec.gov

Dated:   New York, New York
         Nov. ~~October~~ 7, 2007

_____
JOSHUA S. SHAINBERG
Defendant pro se
385 Grand Street, Apartment L-806
New York, New York 10002
Tel.:  212-353-2134
Fax:   212-777-7048

Dated:   Midland Park, New Jersey
         October ___, 2007

_____
ROGER L. FIDLER, ESQ.
Attorney for Defendant Laryssa Shainberg
225 Franklin Avenue
Midland Park, New Jersey 07432
Tel.:  201-670-0881
Fax:   201-670-0888

SO ORDERED:

Dated:   New York, New York
         ~~October ___, 2007~~
         November 14, 2007

_____
Louis L. Stanton
UNITED STATES DISTRICT JUDGE

-3-