ROGER L. FIDLER (RF-9997)
Attorney for Defendant
LARYSSA SHAINBERG
126 East 83rd Street, Suite 3B
New York, NY 10028
(212) 734-0470
rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                        :   No. 07 Civ. 8814 (LLS)
SECURITIES AND EXCHANGE COMMISSION, :
                                                        :
                        Plaintiff,          :
                                                        :
        - against -                         :
                                                        :   AFFIDAVIT OF
JOSHUA S. SHAINBERG and            :   HEBERT BOMZER
LARYSSA SHAINBERG,                  :
                                                        :
                        Defendants.       :
_____

STATE OF NEW YORK     }
                                        } SS.:
COUNTY OF KINGS         }

I, Herbert Bomzer, being duly sworn upon oath, hereby deposes and says:

1.  I am a Rabbi in the Orthodox tradition and supervised for the last two years of the conversion process the conversion of Laryssa Shainberg, nee Shepherd, now wife of Joshua Shainberg, into the Jewish Faith.

2.  I reside at 1653 East 5th Street, Brooklyn, NY 11230.

3.  I am submitting this Affidavit in opposition to Plaintiff's Order to Show Cause and any other motions made by Plaintiff attempting to garnish or otherwise attach, levy, compel conveyance or force the sale of the cooperative apartment known as Unit L-

806, 385 Grand Street, New York, NY 10002 (the "Apartment") belonging to Laryssa Shainberg.

    4.    During the two years that Mrs. Shainberg underwent conversion under my supervision she expended $20,000, more or less, in paying for the lessons and related materials that she needed to effect her conversion.

    ___s/Hebert Bomzer_____
    Hebert Bomzer

Sworn and subscribed to before me
on this 15th day of November, 2007

___s/Victor Ortiz_____
Victor Ortiz
Notary Public, State of New York
No. 01OR6075872
Qualified in Kings County
Commission Expires 4/07/2011