ROGER L. FIDLER (RF-9997)
Attorney for Defendant
LARYSSA SHAINBERG
126 East 83rd Street, Suite 3B
New York, NY 10028
(212) 734-0470
rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                    :    No. 07 Civ. 8814 (LLS)
SECURITIES AND EXCHANGE COMMISSION, :
                                                                    :
                          Plaintiff,                        :
                                                                    :
           - against -                                     :
                                                                    :    AFFIDAVIT OF
JOSHUA S. SHAINBERG and                   :    JUDAH ENGELMEYER
LARYSSA SHAINBERG,                            :
                                                                    :
                          Defendants.                  :
_____

STATE OF NEW YORK        }
                                               } SS.:
COUNTY OF NEW YORK    }

   I, Judah Engelmeyer, being duly sworn upon oath, hereby deposes and says:

   1.   I am a business owner and was a member of the Board of Directors of Seward Park housing Corporation( cooperative association that encompassed 383-385-387 Grand Street) in January 1997.

   2.   I reside at 385 Grand Street, Unit L-1104, New York, NY 10002.

   3.   I am submitting this Affidavit in opposition to Plaintiff's Order to Show Cause and any other motions made by Plaintiff attempting to garnish or otherwise attach, levy, compel conveyance or force the sale of the cooperative apartment known as Unit L-

806, 385 Grand Street, New York, NY 10002 (the "Apartment") belonging to Laryssa Shainberg.

  4. At the time period in question, the value of the Apartment was not in excess of $90,000.

                __s/Judah Engelmeyer_____
                Judah Engelmeyer

Sworn and subscribed to before me
on this 15th day of November, 2007

_____

Notary Public