ROGER L. FIDLER (RF-9997)
Attorney for Defendant
LARYSSA SHAINBERG
126 East 83rd Street, Suite 3B
New York, NY 10028
(212) 734-0470

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION

               Plaintiff,

  - against-

JOSHUA S. SHAINBERG and
LARYSSA SHAINBERG,
               Defendants.
_____

No. 07 Civ. 8814 (LLS)

**CERTIFICATE OF SERVICE**

      I, the undersigned, Lauren Cannataro, hereby certify that on the 19th day of November, 2007, by e-mailing a copy of Defendant Laryssa Shainberg's Answer, Memorandum Opposing Order to Show Cause and Supporting Affidavits of Laryssa Shainberg, Herbert Bomzer, Judit Szaloki, Judah Engelmeyer, Eitan Ben Yosef, Abraham Shainberg and Mark Shainberg to graubardj@sec.gov, I served John Graubard, Esq., Attorney for Plaintiff.

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 19, 2007                                  __/s/Lauren Cannataro____
                                                            Lauren Cannataro