ROGER L. FIDLER (RF-9997)
Attorney for Defendant
LARYSSA SHAINBERG
126 East 83rd Street, Suite 3B
New York, NY 10028
(212) 734-0470
rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                        :
SECURITIES AND EXCHANGE COMMISSION, :      No. 07 Civ. 8814 (LLS)
                                                                        :
                               Plaintiff,                              :
                                                                        :
             - against -                                             :
                                                                        :      EXPLANATION FOR
JOSHUA S. SHAINBERG and                                :           LATE FILING
LARYSSA SHAINBERG,                                      :
                                                                        :
                               Defendants.                         :
_____

Please be advised that Defendant Laryssa Shainberg's Answer, Memorandum in Opposition to Order to Show Cause and Supporting Affidavits were not timely filed on November 16, 2007 because of "upgrading" done to the Southern District of New York's ECF system, rendering it out of service from approximately Friday evening, November 16, 2007 to approximately Monday afternoon, November 19, 2007.  As such, said documents were filed today, November 19, 2007, as the ECF system is now available.

Dated: November 19, 2007                       /s/Roger L. Fidler,_____
                                                                  Roger L. Fidler, Esq.