UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

No. 07CV 8814(LLS)

SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,           :

                        :    **ORDER FOR**

        - against -        :    **WRIT OF**

                        :    **ATTACHMENT**

JOSHUA S. SHAINBERG and    :    **(PREJUDGMENT -**

LARYSSA SHAINBERG,        :    **28 U.S.C. § 3102)**

                        :

           Defendants.      :

                        :

An application having been made to the Court for an order directing the issuance of a

Writ of Attachment pursuant to 28 U.S.C. § 3102 against Joshua S. Shainberg and Laryssa

Shainberg, and it appearing from the Application, the Declaration of John J. Graubard submitted

in support thereof, the Memorandum of Law submitted in support thereof, and from all other

papers and proceedings heretofore filed or had herein, the Court finds:

1.    The claim of the Securities and Exchange Commission (the "Commission") arises

from a judgment against Joshua S. Shainberg for a civil money penalty in the amount of

$200,000.00, together with interest at the rate of 4.74% compounded annually, which amounts to

$15,356.00 as of October 11, 2007, and together with the 10% surcharge provided by 28 U.S.C. §

3011 on the principal balance, in the amount of $20,000.00, and the balance due on the debt as of

October 11, 2007 is $235,356.00.

2.    Joshua S. Shainberg appears to have in his possession, custody, or control, and to

have a substantial non-exempt interest in, the personal property consisting of an interest in and to

a proprietary lease to a cooperative apartment known as Unit L-806, 385 Grand Street, New

York, New York 10002, and 39 shares of stock of the Seward Park Housing Corporation

appurtenant thereto, more particularly described on Schedule 1 attached hereto (the "Apartment").

3.      Laryssa Shainberg appears to have in her possession, custody, or control, and to have a substantial non-exempt interest in and to the Apartment, and further to have in her possession, custody, and control, and to have a substantial non-exempt interest in and to the real property known as 57 Vacation Village Townhouse Road, Loch Sheldrake, New York 12759, more particularly described on Schedule 2 attached hereto (the "Fallsburg Property").

4.      The Commission has met the requirements of 28 U.S.C. § 3101(b)(1)(B) for the issuance of a prejudgment remedy in that there is reasonable cause for the Court to believe that the defendants Joshua S. Shainberg and Laryssa Shainberg have or are about to assign, dispose, remove, conceal, ill treat, waste, or destroy property with the effect of hindering, delaying, or defrauding the Commission, as an agency of the United States, in its effort to recover a debt, as is more specifically shown by the Declaration of John J. Graubard (the "Graubard Declaration") submitted in support of this Application.

5.      The Graubard Declaration provides the necessary information required by 28 U.S.C. § 3101(c) for the issuance of a prejudgment remedy, in that it (1) establishes with particularity facts supporting the probable validity of the Commission's claim, (2) specifies the amount of the debt, including interest and costs, (3) sets forth one of the grounds for the issuance of a prejudgment remedy set forth in 28 U.S.C. § 3101(b), and (4) sets for all requirements of 28 U.S.C. § 3102(b).

6.      The Commission has met the requirements for the issuance of a writ of attachment under 28 U.S.C. § 3102(b)(4) in that this is an action to recover a penalty.

-2-

7.    The attached Writ of Attachment satisfies the requirements of 28 U.S.C. § 3102.

**WHEREFORE, IT IS HEREBY ORDERED**, that the Clerk shall issue the Writ of

Attachment annexed hereto; and it is further

**ORDERED**, that the United States Marshal shall levy at any time before final judgment

upon the property described in the Writ of Attachment in which Joshua S. Shainberg and/or

Laryssa Shainberg have an interest in the amount of $235,356.00, which is the amount claimed

by the Commission, interest, and surcharge due as of this date; and it is further

**ORDERED**, that the United States Marshall shall, after levy, make service upon Joshua

S. Shainberg and Laryssa Shainberg in the manner provided for the service of civil of the Writ of

Attachment, this Order, the clerk's notice under 28 U.S.C. § 3101(d), and the papers upon which

this Order was granted, including the Summons and Complaint, and it is further

**ORDERED**, that the United States Marshal proceed in the manner required by law in

making such attachment, and that the United States Marshal make due return of service.

Dated: New York, New York
        October **12**, 2007

_____
Louis L. Stanton
UNITED STATES DISTRICT JUDGE

5:23 P.M

CERTIFIED
J. MICHAEL McMAHON,    CLERK

BY _____
            DEPUTY CLERK

## SCHEDULE 1

All right, title, and interest in and to a certain apartment known as Apartment L-806 in the Building at street number 385 Grand Street, located in the State, City, and of New York, which is a portion of the cooperative housing development owned by Seward Park Housing Corporation, containing residential apartments and other spaces at the street numbers 208 / 210 / 212 / 264 / 266 / 268 East Broadway and 383 / 385 / 387 / 413 /415 / 417 Grand Street, as well as two separate commercial / retail buildings, one office building, a garage, sitting areas, playgrounds, parking areas, and related facilities, such right, title, and interest being represented by:

1.    A Proprietary Lease and House Rules between Seward Park Housing Corporation, as Lessor, and Laryssa Shainberg. as Lessee, dated April 3, 2003; and

2.    Certificate number 2695, representing 39 shares of capital stock of Seward Park Housing Corporation, dated April 3, 2003 and issued to Laryssa D. Shainberg.

## SCHEDULE 2

All that certain plot, piece, or parcel of land, situate, lying, and being in the Town of Fallsburg, County of Sullivan, State of New York, being more particularly described as Townhouse Block 9, Lot 57, as shown on a certain map dated January 23, 1985, by Silvers Engineering Associates, known as Vacation Village, Phase II Subdivision Plat (revised) filed in the Office of the Clerk of the County of Sullivan on July 15, 1986 as Map #4-156 and refilled in said office on May 25, 1989 in Dr. 25 as Map #1036A.

Said premises are also known and described as #57 Vacation Village Townhouse Road, Loch Sheldrake, New York 12759, and are located in the Village of Loch Sheldrake, Town of Fallsburg, County of Sullivan, and State of New York.

Being the same premises conveyed by Bargain and Sale Deed with Warranty Against Grantor's Acts by The Solomon Neugarten Living Trust - Solomon Neugarten and Joan Neugarten, Trustees, to Laryssa Shainberg, which deed is dated and acknowledged December 23, 2005, and which deed was recorded in the office of the Sullivan County Clerk at 11:19:25 a.m. on February 8, 2006 in Volume 3109 of Deeds at page 619, reference thereto being had.