☒ ORIGINAL

MARK K. SCHONFELD (MS-2798)
Regional Director, Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.: 212-336-0084 (Graubard)
e-mail: graubardj@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION, :   No. 07 Civ. 8814 (LLS)
                    Plaintiff,         :   **STIPULATION**
          - against -                  :   **RE EXTENSION OF TIME**
JOSHUA S. SHAINBERG, ET AL.,           :   **FOR JOSHUA S. SHAINBERG**
                    Defendants.        :   **TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the defendant Joshua S. Shainberg to respond to the Complaint is hereby extended to and including Friday, December 14, 2007.

Dated: New York, New York
November __, 2007

_____
JOHN J. GRAUBARD (JG-4854)
For Mark K. Schonfeld
Attorney for Plaintiff
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.: 212-336-0084 (Graubard)
Fax: 212-336-1319
e-mail: graubardj@sec.gov

Dated: New York, New York
November 26, 2007

_____
JOSHUA S. SHAINBERG
Defendant pro se
385 Grand Street, Apartment L-806
New York, New York 10002
Tel.: 212-353-2134
Fax: 212-777-7048

SO ORDERED:
Dated:    New York, New York
  Nov. 28, 2007

_____
UNITED STATES DISTRICT JUDGE