MARK K. SCHONFELD (MS-2798)
Regional Director
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Tel.: 212-336-0084 (Graubard)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | No. 07 Civ. 8814 (LLS) |
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF SUBMISSION** |
| - against - | : | **OF PROPOSED ORDER OF** |
| | : | **ATTACHMENT** |
| JOSHUA S. SHAINBERG and | : | |
| LARYSSA SHAINBERG, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TO:     Roger L. Fidler, Esq.
         Attorney for Defendant Laryssa Shainberg
         225 Franklin Avenue
         Midland Park, New Jersey 07432

         Mr. Joshua S. Shainberg
         Defendant Pro Se
         385 Grand Street, Apartment L-806
         New York, New York 10002

         PLEASE TAKE NOTICE, that the plaintiff Securities and Exchange Commission will

submit the attached Proposed Order of Attachment for signature to the Hon. Louis L. Stanton,

United States District Judge, at the Courthouse, 500 Pearl Street, New York, New York 10007,

on Thursday, January 10, 2008.

Dated:          New York, New York
                January 2, 2008

                          MARK K. SCHONFELD (MS-2798)
                          Regional Director

                          By:____/s/_____
                                JOHN J. GRAUBARD (JG-4854)
                          Attorney for Plaintiff
                          SECURITIES AND EXCHANGE COMMISSION
                          New York Regional Office
                          3 World Financial Center, Room 400
                          New York, New York 10281-1022
                          Tel.: 212-336-0084 (Graubard)
                          Fax: 212-336-1319
                          e-mail: graubardj@sec.gov