☐ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                        :        No. 07 Civ. 8814 (LLS)
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                Plaintiff,              :
                                        :
        - against -                     :
                                        :        **ORDER OF ATTACHMENT**
JOSHUA S. SHAINBERG and                 :        **(FED. R. CIV. P. 64 AND**
LARYSSA SHAINBERG,                      :        **NY CPLR § 6210)**
                                        :
                Defendants.             :
                                        :

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK:

        WHEREAS, an application having been made to the undersigned by the Securities and

Exchange Commission (the "Commission"), plaintiff, for an Order of Attachment against the

property of the defendants Joshua S. Shainberg ("Joshua Shainberg") and Laryssa Shainberg

("Laryssa Shainberg"), in an action in the United States District Court for the Southern District of

New York; and the Court having reviewed the submissions of the parties and entered an Opinion

and Order granting the Commission's Motion for Attachment, the Court makes the following

findings:

        1.      It satisfactorily appears that this is an action, in part, to recover a sum of money,

specifically the amount of $577,659.81, with interest from March 9, 2006, representing a

judgment requiring, in part, that the defendant Joshua Shainberg disgorge his ill-gotten gains of

$277,382.45 and prejudgment interest of $300,277.36, as rendered in the United States District

Court for the Eastern District of New York, Case No. 99 Civ. 7357 (the "Eastern District

Action").

2.    It satisfactorily appears that this action is based on a judgment of a court of the United States in the Eastern District Action against Joshua Shainberg (CPLR 6201(5)).

3.    It satisfactorily appears that the defendant Joshua Shainberg, with the intent to defraud his creditors, including the Commission, or to frustrate the enforcement of a judgment that might be rendered in the Commission's favor, has assigned, disposed of, encumbered or secreted property, and the defendant Laryssa Shainberg ("Laryssa Shainberg") has received and continues to hold such property transferred by Joshua Shainberg, (CPLR 6201(3)).

4.    It satisfactorily appears that the Commission in this action, with respect to its claim based on the judgment for disgorgement and prejudgment interest in the Eastern District Action, is presently entitled to recover damages against Joshua Shainberg and Laryssa Shainberg in the amount of $577,659.81, with interest at the rate of 4.74% thereon pursuant to 28 U.S.C. § 1961 in the amount of $33,824.01 through and including May 30, 2007, and additional interest accruing thereafter, and that there are no defenses, set-offs, or counterclaims of the defendants Joshua Shainberg and Laryssa Shainberg known to the Commission.

5.    No bond or security is required of the Commission as an agency of the United States pursuant to 28 U.S.C. § 2408.

WHEREFORE, upon the motion of the Commission, it is hereby

ORDERED, that an Order of Attachment be and the same hereby is granted.

AND IT IS FURTHER ORDERED, that the amount to be secured by this Order of Attachment, including any interest, costs, fees, and expenses, shall be Six Hundred Eleven Thousand Four Hundred Eighty Three and 12/100 Dollars ($611,483.12).

-2-

AND IT IS FURTHER ORDERED, that the United States Marshal for the Southern District of New York is hereby commanded to levy within his jurisdiction at any time before entry of final judgment, upon the following:

      a.     The property located in the Village of Loch Sheldrake, Town of Fallsburg, County of Sullivan, State of New York, known as 57 Vacation Village Townhouse Road, Loch Sheldrake, New York 12759, and as Section 17A, Block 1, Lot 203.1, and more specifically bounded and described as follows:

> All that certain plot, piece or parcel of land, situate, lying and being in the Town of Fallsburg, County of Sullivan, State of New York, being more particularly described as Townhouse Block 9, Lot 57, as shown on a certain map dated January 23, 1985, by Silvers Engineering Associates, known as Vacation Village, Phase II Subdivision Plat (revised) filed in the Office of the Clerk of the County of Sullivan on July 15, 1986 as Map #4-156 and refiled in said office on May 25, 1989 in Dr. 25 as Map #1036A; and

      b.     39 shares of stock of the Seward Park Housing Corporation and a proprietary lease to a cooperative apartment known as Unit L-806, 385 Grand Street, New York, New York 10002, which shares and proprietary lease appear to be in the possession and control of Joshua Shainberg and/or Laryssa Shainberg,

for the purpose of securing and satisfying the aforesaid sum of Six Hundred Eleven Thousand Four Hundred Eighty Three and 12/100 Dollars ($611,483.12), and that the United States Marshal for the Southern District of New York proceed herein in the manner and make your return within the time prescribed by law.

Dated:     New York, New York
            January **16**, 2008

                                    _Louis L. Stanton_
                            UNITED STATES DISTRICT JUDGE