ROGER L. FIDLER (RF-9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881
Fax: (201) 670-0888
E-mail:  rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
_____
                                                                :     **No. 07 Civ. 8814 (LLS)**
SECURITIES AND EXCHANGE COMMISSION, :
                                                                :
                                  Plaintiff,         :
                                                                :
              -against-                               :     **NOTICE OF MOTION**
                                                                :     **TO WITHDRAW AS**
JOSHUA S. SHAINBERG  and              :     **COUNSEL**
LARYSSA SHAINBERG,                       :
                                                                :
                                  Defendants.    :
_____

TO:

John J. Graubard, Esq.
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022

Laryssa Shainberg
385 Grand Street, Apartment L-806
New York, New York 10002

Joshua Shainberg
Defendant *pro se*
385 Grand Street, Apartment L-806
New York, New York 10002

TAKE NOTICE THAT the undersigned, Roger L. Fidler, counsel for Defendant, Laryssa

Shainberg,  in the above captioned matter, hereby moves this honorable Court for an

Order in the above captioned matter allowing him to withdraw and permitting Defendant Laryssa Shainberg to proceed Pro Se, or with new counsel of her choice. Movant relies upon his Declaration attached hereto in support of the instant Motion and requests that this Motion be heard at the next available date.

Dated: July 2, 2008    Respectfully submitted

/s/Roger L. Fidler

Roger L., Fidler (RF 9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881
Fax: (201) 670-0888
E-mail: rfidler0099@aol.com