ROGER L. FIDLER (RF-9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881 Fax: (201) 670-0888
E-mail: rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
_____
                                          :   **No. 07 Civ. 8814 (LLS)**
SECURITIES AND EXCHANGE COMMISSION, :
                                          :
           Plaintiff,                     :
                                          :
    -against-                             :   **ORDER**
                                          :
JOSHUA S. SHAINBERG  and                  :
LARYSSA SHAINBERG,                        :
                                          :
           Defendants.                    :
_____

    THIS MATTER having been opened to the Court on motion of counsel Roger L. Fidler for Defendant Laryssa Shainberg, and good cause having been shown, it is

    ORDERED, that Roger L. Fidler, Esq. is hereby granted to leave to withdraw as counsel for Defendant, Laryssa Shainberg; and

    IT IS FURTHER ORDERED that Movant shall serve each plaintiff with a copy of this Order within five days of its entry by both first class mail, postage prepaid, and by certified mail, return receipt requested.

Dated: _____         _____
                                      Hon. Louis L. Stanton, U.S.D. J.