ROGER L. FIDLER (RF-9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881
Fax: (201) 670-0888
E-mail:  rfidler0099@aol.com

UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
_____
                                                                        :     **No. 07 Civ. 8814 (LLS)**
SECURITIES AND EXCHANGE COMMISSION, :
                                                                        :
                               Plaintiff,                       :
                                                                        :
            -against-                                          :     **CERTIFICATE OF SERVICE**
                                                                        :
JOSHUA S. SHAINBERG  and                    :
LARYSSA SHAINBERG,                                :
                                                                        :
                               Defendants.                 :
_____

      The undersigned, Lauren Cannataro, a paralegal in the Law Offices of Roger L. Fidler, hereby certifies that the attached Notice of Motion To Withdraw as Counsel, the Declaration of Roger L. Fidler, a proposed Order and this Certificate of Service were filed electronically on July 2, 2008, and also served by the Express Mail Service of the United States Postal Service, on July 2, 2008, upon the following:

United States District Court
Southern District of New York
Honorable Louis L. Stanton, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2250
New York, NY 10007

John J. Graubard, Esq.
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office

3 World Financial Center, Room 400
New York, New York 10281-1022

Laryssa Shainberg
385 Grand Street, Apartment L-806
New York, New York 10002

Joshua Shainberg
Defendant *pro se*
385 Grand Street, Apartment L-806
New York, New York 10002

   I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 2, 2008            ___/s/Lauren F. Cannataro_____