# MEMORANDUM ENDORSED

ROGER L. FIDLER (RF-9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881
Fax: (201) 670-0888
E-mail: rfidler0099@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

JOSHUA S. SHAINBERG and
LARYSSA SHAINBERG,

    Defendants.

No. 07 Civ. 8814 (LLS)

NOTICE OF MOTION
TO WITHDRAW AS
COUNSEL

---

TO:   John J. Graubard, Esq.
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022

Laryssa Shainberg
385 Grand Street, Apartment L-806
New York, New York 10002

Joshua Shainberg
Defendant *pro se*
385 Grand Street, Apartment L-806
New York, New York 10002

TAKE NOTICE THAT the undersigned, Roger L. Fidler, counsel for Defendant,

Laryssa Shainberg, in the above captioned matter, hereby moves this honorable Court for

an Order in the above-captioned matter allowing him to withdraw and permitting

Defendant, Laryssa Shainberg to proceed Pro Se, or with new counsel of her choice.

*After hearing the parties (plaintiff by counsel and Laryssa Shainberg and movant individually, no appearance by Joshua Shainberg), this motion to withdraw is granted. So ordered.*

Louis L. Stanton
7/18/08

Movant relies upon his Declaration attached hereto in support of the instant Motion and requests that this Motion be heard at the next available date.

Dated: July 2, 2008

Respectfully submitted,

*[signature]*

Roger L., Fidler (RF 9997)
Attorney for Defendant Laryssa Shainberg
Suite 3B, 126 East 83rd Street
New York, NY 10028
Tel.: (201) 670-0881
Fax: (201) 670-0888
E-mail: rfidler0099@aol.com