UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,      07 Civ. 8814 (LLS)

    - against -         Order Designating Case to
                                       non-ECF Status

JOSHUA S. SHAINBERG and LARYSSA
SHAINBERG,

           Defendants.
- - - - - - - - - - - - - - - - - - -X

    Due to the fact that defendants Laryssa Shainberg and Joshua S. Shainberg are proceeding *pro se*, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to this Court's Cashier's Office and Mr. Shainberg and Ms. Shainberg shall submit documents to this Court's *Pro Se* Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court, that is, by mail or personal service.

    So ordered.

Dated: New York, New York
       July 21, 2008

                                                            LOUIS L. STANTON
                                                                U.S.D.J.