```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,        07 Civ. 8814 (LLS)

       - against -                    ORDER

JOSHUA S. SHAINBERG and LARYSSA
SHAINBERG,

                    Defendants.
- - - - - - - - - - - - - - - - - - -X
```

Defendant Laryssa Shainberg has made an application to this Court for the assignment of counsel from the *Pro Bono* Panel. The Court orders that the *Pro Se* Office seek counsel for Ms. Shainberg in accordance with the *Pro Bono* Panel's procedure.

This case will be placed on a list that the *Pro Se* Office circulates to attorneys who are members of the *Pro Bono* Panel of the Court. It may take some time for this list to circulate. There are no funds to retain counsel in civil cases, therefore the panel relies on volunteers. If an attorney decides to take Ms. Shainberg's case, that attorney will contact her directly. There is no guarantee, however, that a volunteer attorney will decide to take the case.

-2-

The Court will proceed with the case as scheduled. The Court will also periodically review whether any attorney has expressed an interest in this case. If no attorney volunteers to take the case, plaintiff will proceed with the case on her own, *pro se*.

Parties appearing *pro se* should direct any questions to the *Pro Se* Office at 500 Pearl Street, Room 230 (telephone number 212-805-0177).

So ordered.

Dated: New York, New York
July 21, 2008

*Louis L. Stanton*
LOUIS L. STANTON
U. S. D. J.