

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,      07 Civ. 8814 (LLS)

      - against -              ORDER

JOSHUA S. SHAINBERG and
LARYSSA SHAINBERG,

                Defendants.
- - - - - - - - - - - - - - - - - - - x

    Sufficient cause appearing in plaintiff's January 14, 2010 letter to the Court, and there being no objection, Laryssa Shainberg shall serve and file, with a courtesy copy to chambers, her response, if any, to plaintiff's Motion for Summary Judgment on or before Thursday, February 11, 2010, and plaintiff shall serve and file, with a courtesy copy to chambers, its reply, if any, on or before Thursday, February 18, 2010.

    On page two of his corrected response to plaintiff's Motion for Summary Judgment, defendant Joshua Shainberg states that "The Court has the affidavits of Mitch Kupfer, former Board of Director of the Cooperative stating that because of extraneous factors the transfer was delayed." The Court is not able to locate any affidavit of Mitch Kupfer in the record for this case. If Mr. Shainberg wants the Court to consider the affidavits of Mitch Kupfer which he references, he shall

serve and file them, with courtesy copies to chambers, on or before Thursday, February 11, 2010.

So ordered.

Dated: New York, New York
       January 22, 2010

                                    _____
                                      LOUIS L. STANTON
                                         U.S.D.J.